CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 AUG -8 AM 11: 12

DEPUTY CLERK ________

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF TEXAS**

**AMARILLO DIVISION**

| | | |
|---|---|---|
| JAY ANTHONY NOTTINGHAM, | § | |
| | § | |
| PLAINTIFF, | § | |
| v. | § | CIVIL ACTION CAUSE NUMBER 2:09-CV-250-J |
| | § | |
| JOEL FINSTERWALD, SHERIFF OF WHEELER COUNTY, TEXAS, JULIAN TORREZ, STEVEN STOKES and the ESTATE of JON BURRELL, Deceased, | § § § § § | |
| DEFENDANTS. | § | |

**VERDICT OF THE JURY**

We, the jury, have unanimously agreed to the answers to the attached questions and return such answer in open court, and under the instructions of the Court, as our verdict in this cause.

________________________
FOREPERSON

August 8, 2012.
DATE

## QUESTION NUMBER ONE

Do you find from a preponderance of the evidence that the actions of one or more of the below named Defendants violated Plaintiff Jay Anthony Nottingham's constitutional right to be free from the infliction of excessive force after he was under the control of officers and handcuffed, as this right has been explained for you in the Court's Charge?

Answer "Yes" or "No" as to each Defendant named below.

| | | |
|---|---|---|
| JOEL FINSTERWALD | ANSWER: | No |
| JULIAN TORREZ | ANSWER: | No |
| STEVEN STOKES | ANSWER: | No |
| JON BURRELL | ANSWER: | No |

If you have answered Question Number 1 "Yes" as to any Defendant, then answer Question Number 2. If you answer Question Number 1 "No" as to each Defendant, then do not answer any further Questions.

## QUESTION NUMBER TWO

What sum of money, if any, if now paid in cash ~~to~~ do you find from a preponderance of the evidence would fairly and reasonably compensate Plaintiff for his injuries, if any, that were proximately caused by the Defendant's use of force that was excessive to the need?

**"Proximate Cause"** means that cause which, in a natural and continuous sequence, produces an event, and without which the event would not have occurred; and in order to constitute proximate cause, the act or omission complained of must be such that one exercising ordinary care would anticipate or foresee that the particular event complained of, or some similar event, might probably result therefrom. There can be more than one proximate cause of an event.

You may consider the following elements of damages. Consider each element separately. Do not include damages for one element in any other element. Do not include interest on any amount of damages you find. Do not include any amount for any condition not resulting from the use of excessive force in question.

Answer in dollars and cents for damages, if any, for:

A. Physical pain and mental anguish in the past and that in reasonable probability will be sustained in the future; and

ANSWER: $________________

B. Physical disfigurement and impairment in the past and that in reasonable probability will be sustained in the future.

ANSWER: $________________

## QUESTION NUMBER THREE

Do you find from a preponderance of the evidence that the actions of a below-named Defendant were objectively reasonable in light of the facts and circumstances at the time, without regard to that Defendant's underlying subjective intent or motivation?

Answer "Yes" or "No" only for a Defendant, if any, about whom you answered "Yes" in Question Number One. Do not answer for any Defendant about whom you answered "No" in Question Number One.

| | | |
|---|---|---|
| JOEL FINSTERWALD | ANSWER: | ______________ |
| JULIAN TORREZ | ANSWER: | ______________ |
| STEVEN STOKES | ANSWER: | ______________ |
| JON BURRELL | ANSWER: | ______________ |

If you answered Question Number 3 "No" as to one or more Defendants, then answer Question Number 4 as to that Defendant. Otherwise do not answer Question Number 4.

## QUESTION NUMBER FOUR

Do you find by a preponderance of the evidence that the harm to Plaintiff Jay Nottingham resulted from malice or willfulness or from a callous and reckless indifference to the safety or rights of the Plaintiff by a below-named Defendant?

Answer "Yes" or "No" only for a Defendant, if any, about whom you answered "No" in Question Number Three.

Do not answer for any Defendant, if any, about whom you answered "Yes" in Question Number Three.

| | | |
|---|---|---|
| JOEL FINSTERWALD | ANSWER: | ______________ |
| JULIAN TORREZ | ANSWER: | ______________ |
| STEVEN STOKES | ANSWER: | ______________ |
| JON BURRELL | ANSWER: | ______________ |

## QUESTION NUMBER FIVE

What sum of money, if any, should be assessed against a Defendant named below and awarded to the Plaintiff as punitive damages for the conduct found in your response to Question Number Four?

Answer only for a Defendant about whom you answered "Yes" in Question Number Four.

| | | |
|---|---|---|
| JOEL FINSTERWALD | ANSWER: | $______________ |
| JULIAN TORREZ | ANSWER: | $______________ |
| STEVEN STOKES | ANSWER: | $______________ |
| JON BURRELL | ANSWER: | $______________ |